**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| **OFFSHORE RENTAL, LTD.** | **CIVIL NO. 6:16-CV-01090-RFD-CBW** |
| v. | **JUDGE REBECCA DOHERTY** |
| **LOUISIANA SCRAP INTERNATIONAL, INC., JOHN RONGEY, KATHY RONGEY, TRAVIS CORMIER, ANTHONY HARRIS, and** | **MAGISTRATE WHITEHURST** |
| **FLOYD TOLIVOUR** | **JURY TRIAL REQUESTED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**CORPORATE DISCLOSURE STATEMENT OF OFFSHORE RENTAL, LTD**</u>

Pursuant to Local Rule 5.6 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Offshore Rental, Ltd., hereby makes the following corporate disclosure:

1. Offshore Rental, Ltd., is a privately held Texas partnership that is owned by The Modern Group - GP-Sub, Inc. (a Texas Corporation) and The Modern Group, Ltd. (a Texas partnership).

2. There is no publicly traded company that owns 10% or more of Offshore Rental, Ltd. stock or the stock of any of Offshore Rental, Ltd.'s parent entities.

**RESPECTFULLY SUBMITTED**,

**DOMENGEAUX WRIGHT ROY
EDWARDS & COLOMB, LLC**

/s/ Andrew J. Quackenbos
_____
**BOB F. WRIGHT (Bar. No.13691)
ANDREW J. QUACKENBOS (Bar. No. 31924)**
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Phone: (337) 233-3033
Fax: (337) 232-8213
bobf@wrightroy.com
andrewq@wrightroy.com

1

AND

**JORDAN B. WRIGHT (Bar. No.36735)**
*Of Counsel*
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Phone: (337) 233-3033
Fax: (337) 232-8213
jordanw@wrightroy.com
**Attorneys for Plaintiff**
**Offshore Rental, Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by electronic transmission through the United States District Court's CM/ECF system this 9th day of August, 2016.

/s/ Andrew J. Quackenbos